FRANCES MAGRINE AND ALFRED MAGRINE, PLAINTIFFS-APPELLANTS, v. DAVID SPECTOR, d/b/a PRECISION BUR COMPANY AND E. P. KEANE, INDIVIDUALLY AND t/a KEANE DENTAL SUPPLY, DEFENDANTS.

VINCENT KRASNICA, DEFENDANT-RESPONDENT, THIRD-PARTY PLAINTIFF, v. DAVID SPECTOR, d/b/a PRECISION BUR COMPANY AND E. P. KEANE, INDIV. AND t/a KEANE DENTAL SUPPLY, THIRD-PARTY DEFENDANTS.

Argued February 4, 1969—Decided February 18, 1969.

*Mr. Lewis M. Holland* argued the cause for plaintiffs-appellants (*Messrs. Warren, Chasan, Leyner & Holland,* attorneys).

*Mr. Geoffrey Gaulkin* argued the cause for defendant, third-party plaintiff-respondent Vincent Krasnica (*Messrs. Keale, Tarrant and Tarlton,* attorneys).

The opinion of the court was delivered

PER CURIAM. The judgment appealed from is affirmed substantially for the reasons expressed by Judge Lynch, 94 *N. J. Super.* 228 (*Cty. Ct.* 1967), and in the majority opinion of the Appellate Division, 100 *N. J. Super.* 223 (*App. Div.* 1968).

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN — 7.

*For reversal* — None.